# UNITED STATES DISTRICT COURT
for the
Southern District of Florida
Fort Lauderdale Division

Briyny St. Clair
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

BM Financial
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes [ ] No

FILED BY _____ D.C.
MAR 1 3 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Briyny St. Clair
   Street Address: 1728 Miami Gardens Dr #1107
   City and County: Miami, FL 33179
   State and Zip Code:
   Telephone Number: 754-292-7641
   E-mail Address: housupstc@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: GM Financial
- Job or Title (if known):
- Street Address: 801 Cherry St. Suite 3500
- City and County: Fort Worth
- State and Zip Code: TX 76102
- Telephone Number: N/A
- E-mail Address (if known): N/A

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

12 USC 503     UCC 9-315
12 USC 1847
18 USC 1005

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

     b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED PAPERWORK

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

TO VOID THE CONTRACT AND MAKE IT NULL AND VOID
GIVE ME MY TITLE
$125,000 IN DAMAGES

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

   A.  **For Parties Without an Attorney**

   I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

   Date of signing: 03-12-2025

   Signature of Plaintiff  *[signed]*
   Printed Name of Plaintiff  Bryony St. Clair

   B.  **For Attorneys**

   Date of signing: _____

   Signature of Attorney       _____
   Printed Name of Attorney    _____
   Bar Number                  _____
   Name of Law Firm            _____
   Street Address              _____
   State and Zip Code          _____
   Telephone Number            _____
   E-mail Address              _____

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**Gregory St Clair, Su Juris, Pro Per,**
Plaintiff,

v.

**GENERAL MOTORS FINANCIAL COMPANY, INC.,**
Defendant.

**COMPLAINT FOR FRAUD, UNJUST ENRICHMENT, AND VIOLATION OF BANKING LAWS**

**INTRODUCTION**

1. This case is about **GM Financial deceiving me** into believing I was getting a loan when, in reality, they used my promissory note to create money for themselves without telling me. They then **collected payments on a debt they had already been paid for**, violating banking laws.

2. GM Financial **hid important financial transactions**, including turning my promissory note into their own asset and failing to credit my account properly.

3. Even though they got paid **through investors, insurance, or government-backed securities**, GM Financial still demanded payments from me, **even though the debt was already settled**. This violates **12 U.S.C. § 503, 12 U.S.C. § 1847**, and **18 U.S.C. § 1005**.

4. As the **originator of the loan**, I have **enforceable rights** to any funds generated by its use or sale under **UCC § 9-315** and **A.R.S. § 47-9315**. GM Financial unlawfully profited from my asset without my consent and failed to compensate me for its monetization.

5. I am asking this Court to order a **full financial audit**, return any money they took unlawfully, and stop them from trying to collect on a debt that no longer exists.

---

**JURISDICTION AND VENUE**

6. This Court has jurisdiction under **28 U.S.C. § 1331** because the case involves federal banking laws, including **12 U.S.C. § 503, 12 U.S.C. § 1847, and 18 U.S.C. § 1005**.

7. Venue is proper under **28 U.S.C. § 1391(b)** because GM Financial does business in this district and committed acts of fraud here.

## PARTIES

8. I, **Gregory St Clair**, am a resident of **Florida,** and I entered into a financial transaction with GM Financial.

9. **GM Financial** is a financial institution that operates as a foreign financial entity under **12 U.S.C. § 632** and is restricted from certain transactions with U.S. citizens.

10. **Daniel E Berce** the CEO of GM Financial, is responsible for overseeing fraudulent financial practices.

## FACTUAL ALLEGATIONS

### A. How GM Financial Misled Me

11. On **12-06-2024**, I signed a promissory note under the impression that GM Financial was **lending me money**.

12. Instead of actually providing a loan from their own funds, they **used my promissory note to create money for themselves** and recorded it as an asset on their balance sheet.

13. Under **12 U.S.C. § 1847**, GM Financial was required to **disclose this transaction** to me and **credit my account for the same amount**, but they didn't.

### B. How GM Financial Got Paid Twice

14. GM Financial moved my so-called loan **off their books through securitization**, meaning they sold my obligation to investors and were **already paid in full**.

15. The proof of this is in their **Federal Reserve filings,** including:

- **Form 2046 (Cash Collateral Account)**
- **Form 2049 (Off-Balance Sheet Liabilities)**
- **Form 2099 (Debt Acquisition Disclosures)**

16. Even though they had already **gotten paid**, they **continued to demand payments from me,** violating **12 U.S.C. § 503** and **18 U.S.C. § 1005**.

17. As the originator of the promissory note, I have a **secured interest** in any funds derived from its use, transfer, or sale under **UCC § 9-315** and **A.R.S. § 47-9315**. GM Financial failed to compensate me for these proceeds while falsely representing the debt as unpaid.

## C. Their Unfair Collection Practices

18. Despite knowing the debt was already paid, GM Financial:

- **Falsely reported to credit agencies** that I still owed money.
- **Kept demanding payments** on a settled debt.

19. These actions amount to **mail fraud, wire fraud, and extortion,** violating **18 U.S.C. § 1951**.

---

## CLAIMS FOR RELIEF

### Count 1: GM Financial's Executives Are Personally Responsible (12 U.S.C. § 503)

20. GM Financial knowingly engaged in illegal financial transactions, making their executives personally liable under **12 U.S.C. § 503**.

21. They **failed to credit my account** as required by banking regulations, proving fraudulent intent.

22. I am asking the Court to hold **GM Financial's leadership accountable** and award damages for their unjust enrichment.

### Count 2: GM Financial Falsified Banking Records (18 U.S.C. § 1005)

23. GM Financial **knowingly falsified financial records,** hiding the fact that my debt was settled.

24. Each false entry they made is **a separate violation,** and the law states that they could face penalties of **up to $1 million per offense**.

25. I request **an immediate audit, cancellation of the unlawful debt,** and that this case be referred to regulators for further action.

### Count 3: Unjust Enrichment & Fraudulent Conversion

26. GM Financial **used my promissory note as an investment** without telling me and continued to collect money they weren't entitled to.

27. Under **UCC § 9-315 and A.R.S. § 47-9315**, I have a legal right to claim any funds GM Financial made from my promissory note, which they have unlawfully withheld.

28. I demand that they **return all profits** gained through this fraudulent practice.

## RELIEF REQUESTED

I am asking the Court to order GM Financial to:

1. **Provide a full forensic accounting** of all transactions related to my loan.
2. **Erase any fraudulent debt claims** from their records.
3. **Return any money they took from me unlawfully**.
4. **Pay three times the amount** they wrongfully collected as damages.
5. **Face punitive damages** for their misconduct.
6. **Be referred to financial regulators** for further investigation.

## JURY DEMAND

I request a jury trial for all claims eligible for trial by jury.

**Dated:** March 11, 2025
**Respectfully submitted,**
**Gregory St Clair**
1728 NE Miami Gardens Dr #1107, Miami, FL 33179
754-292-7041
houseofstc@gmail.com

## EXHIBITS

**Exhibit A:** Request for Settlement and Clarification of Account
**Exhibit B:** Final Opportunity to Cure
**Exhibit C:** Notice of Breach of Contract, Fraud, Violation of Federal Banking Laws
**Exhibit D:** Legal Demand - Proof of Ownership, Chain of Title, Legal Standing, and UCC Compliance
**Exhibit E:** Billing Error Dispute and Debt Validation Request under 12 CFR 1026.13

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)  PHONE ( )

Greymy St. Clair
1728 NE Miami Gardens Dr.
#1107 Miami, FL 33179

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)  PHONE ( )

US Federal Building & Courthouse
299 East Broward Blvd,
Rm 108 Fort Lauderdale, FL

ZIP + 4® (U.S. ADDRESSES ONLY)
3 3 3 0 1 -

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

---

**PAYMENT BY ACCOUNT** (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.
005

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 20175 | 3/13/25 | $ 46.35 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☒ 6:00 PM | Insurance Fee | COD Fee |
|---|---|---|---|
| 3/12/25 | | $ | $ |

| Time Accepted | ☐ AM ☒ PM | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 12:17 | | $ ~~4~~ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | $ ~~50.95~~ ~~46.35~~ 46.35 |

| Weight | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|
| lbs. 9 ozs. | | ts |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| | | |

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| | | |

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

EP13C July 2022
OD: 15 x 11.625



# PRIORITY MAIL EXPRESS®

Retail   33301 RDC 07

U.S. POSTAGE PAID
PME
UPPER MARLBORO
MD 20774
MAR 12, 2025
$0.00
S2324N503360-12



## UNITED STATES POSTAL SERVICE® — PRIORITY MAIL EXPRESS®

**USE ONLY (PRINT)**

PHONE ( )

my St. Clair
N[E] Miami Gardens Dr.
Miami, FL 33179

**INSTRUCTIONS (Customer Use Only)**
SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

PHONE ( )

[Fe]deral Building & Courthouse
[E]ast Broward Blvd,
[Fort] Lauderdale, FL
[333]01

USPS Tracking™, visit USPS.com or call 800-222-1811.
[Service] included.

**PEEL FROM THIS CORNER**

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

---

ER 188 336 058 US

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.
005

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |

PO ZIP Code: 20775
Scheduled Delivery Date (MM/DD/YY): 3/13/25
Postage: $46.35

Date Accepted (MM/DD/YY): 3/12/25
Scheduled Delivery Time: ☑ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 12:17 ☑ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: ~~50.95~~ 46.35 $46.35

Weight: 9 lbs __ ozs
☐ Flat Rate
Acceptance Employee Initials: H

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY) / Time / ☐AM ☐PM / Employee Signature
Delivery Attempt (MM/DD/YY) / Time / ☐AM ☐PM / Employee Signature

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996

---

  

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13C © U.S. Postal Service; July 2022; All rights reserved.

DuPont™ Tyvek®
Protect What's Inside.™